Morris A. Brokman, Respondent, *v.* Lewis Myers, Appellant.

(Argued October 14, 1891; decided October 30, 1891.)

Appeal from judgment of the General Term of the Supreme
Court in the first judicial department, entered upon an order
made February 11, 1891, which affirmed a judgment in favor
of plaintiff entered upon a verdict and affirmed an order deny-
ing a motion for a new trial.

*Otto Horwitz* for appellant.

*B. F. Einstein* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.  _____

Bernhard Metz, Respondent, *v.* Edward Luckemeyer et al.,
Appellants.

(Argued October 15, 1891; decided October 30, 1891.)

Appeal from judgment of the General Term of the Superior
Court of the city of New York, entered upon an order made
January 7, 1891, which affirmed a judgment in favor of plain-
tiff entered upon a verdict and affirmed an order denying a
motion for a new trial.

*Charles Wehle* for appellants.

*Otto Horwitz* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.